IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA ROMERO, Individually and GARY ADAN CRUZ, SR., Individually, <br>     Plaintiffs, <br><br> v. <br><br> AMANDA BROWN in her individual capacity, NICOLE MOUTON in her individual capacity, OFFICER ROBERT RUIZ in his individual capacity, CITY OF HOUSTON and DOES 1 through 10, Inclusive. <br>     Defendants. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:17-CV-00427 <br><br> JURY DEMAND |

**ORDER GRANTING DEFENDANTS**
**AMANDA BROWN AND NICOLE MOUTON'S MOTION TO DISMISS**

On this day came to be considered Defendants Amanda Brown and Nicole Mouton's Motion to Dismiss. After considering the motion and any response, the Court is of the opinion that the motion is meritorious and should be granted. Accordingly, it is hereby ORDERED that the Motion to Dismiss of Defendants Brown and Mouton is GRANTED and that Plaintiffs' claims against these Defendants are DISMISSED in their entirety.

SIGNED this _____ day of _____, 2017

                                           _____
                                           HONORABLE DAVID HITTNER
                                           U.S. DISTRICT JUDGE